# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

**VS.**                                        **2:17-CR-267-AKK-TMP**

**OLIVER L. ROBINSON, JR.,**

   **Defendant.**

## ORDER

The Court has been notified that Defendant OLIVER L. ROBINSON, JR., desires a hearing for the purpose of changing his plea. Accordingly, a consent hearing is scheduled in this matter on **Tuesday, August 22, 2017 at 1:30 p.m.** in Courtroom 4A of the Hugo L. Black U. S. Courthouse in Birmingham, Alabama. **Counsel for the defendant is reminded of the requirement for filing the Guilty Plea Advice of Rights Form in the courtroom immediately prior to this proceeding. If a plea agreement appears likely, counsel for the Government must email a copy of the proposed plea agreement to the undersigned no later than two business days prior to the scheduled plea hearing.**

(See http://www.alnd.uscourts.gov/kallon/KallonPage.htm for the Guilty Plea Advice of Rights Form.)

   **DONE** this the 4th day of August, 2017.

                                             _____
                                             **ABDUL K. KALLON**
                                             UNITED STATES DISTRICT JUDGE