FILED
2017 Sep-07 PM 12:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**VS.**                            2:17-CR-267-AKK-TMP

**OLIVER L. ROBINSON JR.,**

    **Defendant.**

## **ORDER**

This action is scheduled for a sentencing hearing for defendant OLIVER L. ROBINSON, JR., at 9:00 a.m. on Thursday, December 7, 2017, in Courtroom 4A of the Hugo L. Black, U. S. Courthouse in Birmingham, Alabama.

Federal Rules of Criminal Procedure 32(F) requires that within 14 days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report. In accordance with that Rule, it is hereby ORDERED that such objections be filed with the Clerk of the Court.

If the defendant intends to waive the 35 day disclosure requirement pursuant to Fed. R. Crim. Proc. 32(e)(2), the parties must file written objections

within a reasonable time prior to the day of sentencing for consideration by the court. In the absence of exceptionally good cause, the court will not consider objections if defendant is not in compliance with this order.

DONE this the 7th day of September, 2017.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE