# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:17-cr-00267-AKK-TMP |
| ) | |
| OLIVER L. ROBINSON, JR., ) | |
|    Defendant. ) | |

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Motion for a Final Order of Forfeiture filed by the United States.

In the Notice of Forfeiture included in the Information in this case, the United States sought forfeiture of any property of Defendant OLIVER L. ROBINSON, JR., pursuant to 18 U.S.C. § 982(a)(2)(A), [1] constituting or derived from proceeds traceable to the bribery offenses charged in Counts One and Two of the Information, in violation of 18 U.S.C. § 666, and the wire fraud offenses charged in Counts Three through Six, in violation of 18 U.S.C. § 1343. The property to be forfeited included a money judgment in an amount not exceeding $767,783.00. The Notice of Forfeiture also informed Defendant of the Government's intention to seek forfeiture of substitute assets in the event the directly forfeitable property was unavailable.

---

[1] The Information incorrectly cited to 18 U.S.C. § 982(a)(2)(A). The authority to forfeit proceeds of the offenses charged in the Information is found at 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 28 U.S.C. 2461(c).

1

On September 7, 2017, Defendant OLIVER L. ROBINSON, JR. entered a formal plea of guilty to the offenses charged in Counts One through Seven of the Information. In his plea agreement, Defendant agreed that the Court could enter an order levying a money judgment in an amount not exceeding $767,783.00 against him. As explained in the government's motion, the parties have concluded that the proper amount to be forfeited to the United States is **$390,783.00**.

Based upon the guilty plea entered by Defendant OLIVER L. ROBINSON, JR., and Defendant's consent to the entry of an order of forfeiture in an amount not exceeding $767,783.00, the Attorney General is now entitled to possession of **$390,783.00** pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Therefore the court ORDERS:

1.  That OLIVER L. ROBINSON, JR., shall FORFEIT to the United States of America the **$390,783.00** in proceeds Defendant obtained, controlled, and benefitted from as result of his offenses pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.  That the Attorney General or his designee is hereby authorized to seize said property forfeited herein.

3.  That this Order of Forfeiture shall be deemed final as to Defendant OLIVER L. ROBINSON, JR., and shall be made part of his sentence and included

in Defendant's Judgment in accordance with Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure.

5. That this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

6. That the Clerk of the Court shall forward four certified copies of this Final Order of Forfeiture to the United States Attorney's Office, 1801 Fourth Avenue North, Birmingham, AL 35203, Attention: Nicole Grosnoff, Assistant U.S. Attorney, and one certified copy to the U.S. Marshals Service.

**DONE** the 27th day of September, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE