# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | **CASE NO.: 2:17-cr-00267-AKK-TMP** |
| ) | |
| **OLIVER ROBINSON, JR.** ) | |

## MOTION TO DELAY VOLUNTARY SURRENDER DATE TO BUREAU OF PRISONS

COMES NOW, Oliver Robinson, by and through his undersigned counsel of record and hereby moves this Honorable Court for an Order delaying Oliver Robinson's voluntary surrender date to the Bureau of Prisons and as grounds therefore states as follows:

1. This Honorable Court Ordered on September 27, 2018 that Mr. Robinson report to the designated facility on November 27, 2018 at 2:00p.m.

2. Counsel for Mr. Robinson has been in close contact with the US Marshal's Office who has informed counsel that the Bureau of Prisons has yet to designate a facility for Mr. Robinson.

3. It is Counsel's understanding that Mr. Robinson would lose valuable points on his prisoner intake risk assessment if he does not self-report to said specific designated facility and instead reports to the Marshall's Office on November 27, 2018.

WHEREFORE, we respectfully request this court for a 30 day extension to allow the Bureau of Prisons to properly designate Mr. Robinson a facility.

RESPECTFULLY SUBMITTED,

*/s/ Michael W. Whisonant Jr.*
MICHAEL W. WHISONANT JR.

        *l/s Richard S. Jaffe*
        RICHARD S. JAFFE

OF COUNSEL:
JAFFE, HANLE, WHISONANT & KNIGHT, P.C.
2320 ARLINGTON AVENUE SOUTH
BIRMINGHAM, AL  35205
205-930-9800

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this the 20th day of November, 2018 served a copy of the foregoing by electronically filing to all parties involved.

        *l/s Michael W. Whisonant Jr.*
        MICHAEL W. WHISONANT JR.